JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. REED,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN,<br><br>    Respondent. | Case No. 2:25-CV-01695-DSF (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Putative Petition for Writ of Mandamus, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: July 14, 2025

                     _____
                     DALE S. FISCHER
                     United States District Judge